# UNITED STATES DISTRICT COURT

HELENA DIVISION, DISTRICT OF MONTANA

FILED

'96 APR 11 PM 1 00

LOU ALEKSICH, CLLR

BY _B. Frees_ 25

DEPUTY CLERK

UNITED STATES OF AMERICA

v.

THEODORE JOHN KACZYNSKI

To: The United States Marshal and any
Authorized United States Officer

WARRANT FOR ARREST

CASE NUMBER:   MCR 96-6-H-CCL

YOU ARE HEREBY COMMANDED to arrest Theodore John Kaczynski and bring him or her forthwith to the ~~nearest magistrate~~ _undersigned_ to answer a

( ) Indictment    ( ) Information    (X) Complaint    ( ) Order of Court    ( ) Violation Notice    ( ) Probation Violation Petition

charging him with knowingly possessing a firearm -specifically, components from which a destructive device such as a bomb can be readily assembled -which is not registered to him in the National Firearms Registration and Transfer Record in violation of Title 26 United States Code, Section 5861(d).

| HONORABLE CHARLES C. LOVELL | U.S. District Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | 4/4/96   Helena, Montana |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _Charles C. Lovell_ U.S. District Judge
                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/4/96 | DONALD MAX NOEL | Donald Max Noel |
| DATE OF ARREST 4/4/96 | | |